# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, et al., | No. CV-12-01501-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C. Horne, et al., | |
| Defendants. | |

Pending before the Court is the Parties' Unopposed Motion for Permanent Injunctive Relief in Accordance with the Mandate of the United States Court of Appeals for the Ninth Circuit. (Doc. 65). Having reviewed the Parties' Motion, and for good cause shown,

**IT IS SO ORDERED** that the Motion (Doc. 65) is GRANTED. In accordance with the Judgment and Mandate of the United States Court of Appeals for the Ninth Circuit, Defendants, their officers, agents, employees, attorneys, successors, and those in active concert with them, are permanently enjoined from enforcing § 7 of House Bill 2036, 50th Leg., 2d Reg. Sess. (Ariz. 2012), as to previability abortions.

/ /
/ /
/ /
/ /
/ /

1  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment in
2 favor of Plaintiffs, in accordance with this Order and the Mandate of the Ninth Circuit
3 Court of Appeals.
4  Dated this 15th day of April, 2014.

James A. Teilborg
Senior United States District Judge